# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

CHARLES A. STANZIALE, JR .
Direct Dial: (973) 565-2050
Email: cstanziale@mdmc-law.com

January 15, 2008

**VIA ELECTRONIC MAIL**

Clerk of the Court
United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    **In re Solomon Dwek, et. al./Lead Case No. 07-11757 (KCF)**

           **Stanziale v. Sam Salem & Son**
           **Adv. Pro. No. 08-01047 (KCF)**

Dear Sir/Madam:

    On today's date, I electronically filed with the Bankruptcy Court, an Adversary Complaint in the above matter, in which I am the Chapter 11 Trustee. I kindly ask that the previously filed Adversary Complaint, document number 1636 in the lead case (case number 07-11757) and document number 1 in the adversary case (case number 08-01047) be withdrawn.

    I thank you for your anticipated cooperation in this regard. Should you have any questions, please feel free to contact me.

    Very truly yours,

    McElroy, Deutsch, Mulvaney & Carpenter, LLP

    */s/ Charles A. Stanziale, Jr.*

    Charles A. Stanziale, Jr.

CAS:cb